**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:  
**SHIRLEY ANN CLARK,**  
Debtor.  
_____/

Case No.: 6:18-bk-06402-CCJ  
Chapter 7

## AMENDMENT TO SCHEDULE A/B:  REAL AND PERSONAL PROPERTY

Comes now the Debtor by and through Counsel undersigned and hereby amends Schedule A/B, to ADD the value of the following assets described as:

| DESCRIPTION/LOCATION | DEBTOR'S INTEREST | VALUE DEBTOR'S INTEREST | SECURED CLAIM |
|---|---|---|---|
| 1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property? 1924 Dalmen Ave., Winter Park, FL 32789 LAKE BELL TERRACE V/13 LOT 4 BLK C & SEE 01-22-29-4332-01-181 FOR 1/43 INT IN LOT 18 BLK A PER ORB 390/298 | Undivided 1/3 as joint tenant with right of survivorship | $34,000.00 | 433,026.00 |

**Total effect on Schedule B: + $34,000.00**

## VERIFICATION

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief.

_/s/ Shirley Clark_
**SHIRLEY ANN CLARK**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail or electronic transmission this 11th day of January, 2019, to: Dennis D. Kennedy, Trustee, PO Box 541848, Merritt Island, Florida 32954; The Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 3100, Orlando, Florida 32801; Debtor, Shirley Ann Clark, 660 Old Horatio Avenue, Maitland, Florida 32751; and to All Creditors and Interested Parties on the attached mailing matrix.

/s/ Robert B. Branson  
Robert B. Branson, Esquire  
Florida Bar No.: 800988  
E-mail: *robert@bransonlaw.com*  
**BransonLaw PLLC**  
1501 E. Concord Street  
Orlando, Florida 32803  
Telephone: (407) 894-6834  
Facsimile: (407) 894-8559  
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06402-CCJ<br>Middle District of Florida<br>Orlando<br>Fri Jan 11 15:16:29 EST 2019 | Shirley Ann Clark<br>660 Old Horatio Avenue<br>Maitland, FL 32751-4549 | Balanced Healthcare Recv.<br>164 Burke Street<br>Suite 201<br>Nashua, NH 03060-4783 |
| Balanced Healthcare Recv.<br>P.O. Box 9577<br>Manchester, NH 03108-9577 | Bank of America, NA<br>c/o Hayt, Hayt & Landau, PL<br>Galloway Professional Park<br>7765 SW 87th Ave., Suite 101<br>Miami, FL 33173-2535 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 |
| (p)DIGITAL FEDERAL CREDIT UNION<br>220 DONALD LYNCH BLVD<br>MARLBOROUGH MA 01752-4708 | Florida  Hospital Orlando<br>PO Box 24013<br>Chattanooga, TN 37422-4013 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | One Nation Records, Inc.<br>260 S. Osceola AVenue<br>Unit 101<br>Orlando, FL 32801-2869 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Portfolio Rec. Assoc., LLC<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 |
| SunTrust Bank<br>Attn: Bankruptcy<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | SunTrust Bank<br>PO Box 305053<br>Nashville, TN 37230-5053 | Sunrise Credit Services, Inc<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 |
| Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 | Waypoint Resource Group<br>Attn: Bankruptcy<br>Po Box 1081<br>San Antonio, TX 78294-1081 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Adam S Russo +<br>Lefkoff Rubin Gleason and Russo, PC<br>5555 Glenridge Connector<br>Suite 900<br>Atlanta, GA 30342-4762 | Dennis D Kennedy +<br>P. O. Box 541848<br>Merritt Island, FL 32954-1848 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Digital Efcu
220 Donald Lynch Blvd.
Marlborough, MA 01752

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)SunTrust Bank

(u)Cynthia C. Jackson +
Orlando

**End of Label Matrix**
**Mailable recipients     24**
**Bypassed recipients      2**
**Total                   26**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shirley Ann Clark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:18-bk-06402 | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................  $ **0.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................  $ **22,728.79**
   1c. Copy line 63, Total of all property on Schedule A/B..........................................................  $ **22,728.79**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **459,995.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................  $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................  $ **73,107.31**

   **Your total liabilities**  $ **533,102.31**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*...............................................................  $ **1,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...........................................................................  $ **1,280.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  **Shirley Ann Clark**                              Case number *(if known)*  **6:18-bk-06402**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **1,001.27**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |