**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

www.flmb.uscourts.gov

**In re:**  Case No.: 6:18-bk-06402-CCJ
**SHIRLEY ANN CLARK,**  Chapter 7
      Debtor.

_____/

**AMENDMENT TO SCHEDULE D: SECURED CREDITORS**

Comes now the Debtor, by and through the undersigned attorney, and files this Amendment to Schedule D to ADD the following creditor:

| Creditor's name: | Collateral: | Amount of claim: | Value of collateral | Unsecured portion |
|---|---|---|---|---|
| Bayview Loan Servicing 4425 Ponce De Leon Blvd., Coral Gables, FL 33146 | 1924 Dalmen Avenue, Winter Park, Florida 32789 LAKE BELL TERRACE V/13 LOT 4 BLK C & SEE 01-22-29-4332-01-181 FOR 1/43 INT IN LOT 18 BLK A PER ORB 390/298 | 433,026.00 | 103,000.00 | 0.00 |

**Total effect on Schedule D: +$433,026.00**

**VERIFICATION**

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief.

_____
**SHIRLEY ANN CLARK**

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged to before me under penalty of perjury on this 10th day of January, 2019, by **SHIRLEY ANN CLARK**, who is personally known to me or who provided a Driver's License as identification and who did take an oath.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail or electronic transmission this 11th day of January, 2019, to: Dennis D. Kennedy, Trustee,

PO Box 541848, Merritt Island, FL 32954; The Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Debtor, Shirley Ann Clark, 660 Old Horatio Avenue, Maitland, Florida 32751; and to the above listed creditor with copy of the Debtor's original Notice of Commencement with full social security number.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shirley Ann Clark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:18-bk-06402 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **22,728.79**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................... $ **22,728.79**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $ **459,995.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............    $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........    $ **73,107.31**

   **Your total liabilities**  $ **533,102.31**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................    $ **1,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................    $ **1,280.00**

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Shirley Ann Clark**  Case number *(if known)* **6:18-bk-06402**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **1,001.27**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |