**Fill in this information to identify your case:**

Debtor 1     **Shirley Ann Clark**
      First Name         Middle Name        Last Name

Debtor 2
(Spouse if, filing)
      First Name         Middle Name        Last Name

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number    **6:18-bk-06402**
(if known)

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  |  | **Your assets**<br>Value of what you own |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $     **0.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $     **22,728.79** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B................................................................... | $     **22,728.79** |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of *Schedule D...* | $     **459,995.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $     **0.00** |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     **75,235.87** |
|  | **Your total liabilities** | $     **535,230.87** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

|  |  |  |
|---|---|---:|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $     **1,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $     **1,280.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     **Summary of Your Assets and Liabilities and Certain Statistical Information**     page 1 of 2

Debtor 1   **Shirley Ann Clark**                               Case number *(if known)* **6:18-bk-06402**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ _____ **1,001.27**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                    Case No.: 6:18-bk-06402-CCJ
**SHIRLEY ANN CLARK,**                    Chapter 7
    Debtor.

_____/

## AMENDMENT TO SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

COMES NOW the Debtor by and through the undersigned attorney and files this Amendment to E/F Schedule to ADD the following creditors:

| CREDITOR/ADDRESS | DATE/CONSIDERATION | CONTINGENT/UNLIQUIDATED/DISPUTED | AMOUNT |
|---|---|---|---|
| Spectrum c/o Bright House Networks PO Box 30574 Tampa, FL 33630-3574 | Cable services | Account ending in 4002 Account ending in 6705 | $883.87 $1,054.69 |
| Suntrust Bank Maitland Office 253 N. Orlando Avenue Maitland, FL 32751 | Safety deposit box | Box number ending in 1122 | $190.00 |

**Total effect on Schedule E/F: +$2,128.56**

## VERIFICATION

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief.

_____
SHIRLEY ANN CLARK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Amendment to Schedule E/F: Creditors who hold Unsecured Claims has been furnished by U.S. Mail or electronic transmission the 8th day of February, 2019, to: Dennis D. Kennedy, Trustee, PO Box 541848, Merritt Island, FL 32954; The Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Debtor, Shirley Ann Clark, 660 Old Horatio Avenue, Maitland, Florida 32751; and to the above listed creditor with copy of the

2

Debtor's original Notice of Commencement with full social security number.

/s/ Robert B. Branson
_____
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor